

# Fourth Court of Appeals
## San Antonio, Texas

November 15, 2016

No. 04-16-00443-CR

Joshua Douglas **ADAMS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CR-15-0000133
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

 The appellant's brief was originally due to be filed on October 12, 2016.  The appellant's first motion for extension of time was granted, extending the deadline for filing the brief to November 11, 2016.  On November 14, 2016, the appellant filed a motion requesting an additional extension of time to file the brief until December 12, 2016, for a total extension of sixty days.  The motion is GRANTED.  **THIS IS THE FINAL EXTENSION OF TIME THAT THE APPELLANT WILL BE GRANTED**.  The Appellant's brief must be filed by December 12, 2016.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

 IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of November, 2016.



Keith E. Hottle
Clerk of Court